**Jose Garcia TORRES, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–71386.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 16, 2007.[*]

Filed Jan. 18, 2007.

Jose Garcia Torres, Garden Grove, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SILVERMAN, PAEZ and BYBEE, Circuit Judges.

MEMORANDUM **

Respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Motions to reopen must be filed within 90 days of the final order of removal. See 8 C.F.R. § 1003.2(c)(2). Accordingly, this petition for review is denied.

**PETITION FOR REVIEW DENIED.**